ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Daniel G. Stone, Bar No. 265397
  dgstone@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

Paul V. LiCalsi (Admitted *Pro Hac Vice*)
  pvlicalsi@rkmc.com
Shane D. St. Hill (Admitted *Pro Hac Vice*)
  ssthill@rkmc.com
601 Lexington Avenue, 34th Floor
New York, NY 10022
Telephone: 212-980-7400
Facsimile: 212-980-7499

Attorneys for Defendants
Westminster Music Limited and
Essex Music International, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROLAN SEYMOUR FELD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WESTMINSTER MUSIC LIMITED, a United Kingdom Limited Company; ESSEX MUSIC INTERNATIONAL, INC., a New York Corporation and DOES 1 through 10,<br><br>Defendants. | Case No. 13-cv-04946-FMO (FFMx)<br><br>[Assigned for all purposes to the Honorable Fernando M. Olguin]<br><br>**STIPULATION TO CONTINUE DISCOVERY CUTOFFS AND SUMMARY JUDGMENT DEADLINE**<br><br><br>Fact Discovery Cutoff: 5/20/2014<br>Final Pretrial Conference: 11/21/2014<br>Trial Date: 12/2/2014 |

Plaintiff Rolan Seymour Feld ("Plaintiff") and Defendants Westminster Music Limited and Essex Music International, Inc. ("Defendants") (collectively, the "Parties"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, in order to allow the parties sufficient time to complete discovery, the Parties have agreed to extend all discovery cutoffs and the summary judgment deadline set forth in the Court's Scheduling Order, Dkt. No. 19, as follows:

|  | Current | Proposed |
|---|---|---|
| Fact Discovery Cutoff: | May 20, 2014 | July 21, 2014 |
| Expert Disclosures: | June 3, 2014 | August 4, 2014 |
| Rebuttal Disclosures: | July 3, 2014 | August 25, 2014 |
| Expert Discovery Cutoff: | August 4, 2014 | September 15, 2014 |
| Last Day to File Motion for Summary Judgment: | September 4, 2014 | September 18, 2014 |

WHEREAS, this Stipulation does not affect any pre-trial deadlines, or the December 2, 2014 trial date;

WHEREAS, the Parties agree that this Stipulation is without prejudice to any party's requesting an additional continuance, including a continuance to complete the Letters of Request process;

NOW, THEREFORE, the Parties stipulate to an extension of the discovery cutoffs and summary judgment deadline as follows:

/ / /

/ / /

|  | Current | Proposed |
|---|---|---|
| Fact Discovery Cutoff: | May 20, 2014 | July 21, 2014 |
| Expert Disclosures: | June 3, 2014 | August 4, 2014 |
| Rebuttal Disclosures: | July 3, 2014 | August 25, 2014 |
| Expert Discovery Cutoff: | August 4, 2014 | September 15, 2014 |
| Last Day to File Motion for Summary Judgment: | September 4, 2014 | September 18, 2014 |

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: April 14, 2014     **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   /s/ Paul V. LiCalsi
          Paul V. LiCalsi

Attorneys for Defendants WESTMINSTER MUSIC LIMITED AND ESSEX MUSIC INTERNATIONAL, INC.

Dated: April 14, 2014     **GRADSTEIN & MARZANO, P.C.**

By: _____
          Henry Gradstein

Attorneys for Plaintiff ROLAN SEYMOUR FELD