ROBINS, KAPLAN, MILLER & CIRESI L.L.P
Mark D. Passin, Bar No. (101195)
   mdpassin@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:   310-552-0130
Facsimile:   310-229-5800

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Paul V. LiCalsi (Admitted *Pro Hac Vice*)
   pvlicalsi@rkmc.com
601 Lexington Avenue, 34th Floor
New York, NY 10022
Telephone:   212-980-7400
Facsimile:   212-980-7499

Attorneys for Defendants
Westminster Music Limited and
Essex Music International, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAN SEYMOUR FELD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WESTMINSTER MUSIC LIMITED, a United Kingdom Limited Company; ESSEX MUSIC INTERNATIONAL, INC., a New York Corporation and DOES 1 through 10,<br><br>Defendants. | Case No. 13-cv-04946-FMO (FFMx)<br><br>*[Assigned to the Hon. Fernando M. Olguin]*<br><br>**STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(A)(1) WITH PREJUDICE**<br><br>[[Proposed Order Submitted Concurrently herewith] |

The parties, Plaintiff Rolan Seymour Feld and the Defendants Westminster Music Limited and Essex Music International, Inc., through their respective attorneys, hereby stipulate as follows:

///

///

STIPULATION FOR DISMISSAL OF ACTION

1. Plaintiff's entire complaint against the Defendants, in the matter as captioned above, is hereby dismissed with prejudice in its entirety; and

2. All parties shall bear their own attorneys' fees and costs.

SO STIPULATED:

DATED: September 9, 2014

GRADSTEIN & MARZANO, P.C.

By: _____
Henry Gradstein

Attorneys for Plaintiff
ROLAND MARC FELD

DATED: September 9, 2014

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: _____
Mark D. Passin
Paul V. LiCalsi

Attorneys for Defendants
WESTMINSTER MUSIC LIMITED and
ESSEX MUSIC INTERNATIONAL, INC.