JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAN SEYMOUR FELD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WESTMINSTER MUSIC LIMITED, a United Kingdom Limited Company; ESSEX MUSIC INTERNATIONAL, INC., a New York Corporation and DOES 1 through 10,<br><br>Defendants. | Case No. 13-cv-04946-FMO (FFMx)<br><br>*[Assigned to the Hon. Fernando M. Olguin]*<br><br>**ORDER ON STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1) WITH PREJUDICE** |

Upon review of the parties' STIPULATION FOR DISMISSAL, based on the contents of said Stipulation, and finding good cause to approve the agreement contained therein, IT IS HEREBY ORDERED THAT:

1. This action is to be dismissed with prejudice in its entirety; and

2. Each party is to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: September 11, 2014

/s/
Honorable Fernando M. Olguin
United States District Court Judge

PROPOSED] ORDER ON STIPULATION FOR DISMISSAL

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS